UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff                            Honorable Robert H Cleland

-vs-

CHRISTOPHER SORRENTINO,          Case No 17-cr-20568

        Defendant
_____/

ORDER ADJOURNING SENTENCING

WHEREAS, a Stipulation to said effect having been filed and the Court being duly advised in these premises;

IT IS HEREBY ORDERED the Sentencing currently scheduled for January 21, 2021, at 10:00 a.m. be Adjourned to **April 22, 2021, at 2:00 p.m.**

                                                s/Robert H. Cleland
                                                United States   District Judge

Dated:  January 14, 2021.