UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

CRIMINAL NO. 17-20568

vs.

HON. ROBERT H. CLELAND

D-1   **CHRISTOPHER SORRENTINO,**

Defendant.
_____/

**ORDER TO DISMISS CRIMINAL INFORMATION**

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the Acting United States Attorney for the Eastern District of Michigan hereby dismisses the Criminal Information against defendant CHRISTOPHER SORRENTINO in the above-entitled case.

1. In August 2017, defendant Christopher Sorrentino was charged in a Criminal Information with structuring financial transactions in order to evade a federal reporting requirement. Soon after being charged, Mr. Sorrentino made his initial appearance in federal court, and he was released under specified bond conditions. Beginning in September 2017, Mr. Sorrentino was under the supervision of the Court's Pretrial Services Office.

2. On October 3, 2017, Mr. Sorrentino entered a plea of guilty as charged before the Court. At the time of the plea hearing, Mr. Sorrentino also agreed to

1

cooperate with the government's investigation. Mr. Sorrentino had already been cooperating with the FBI for some time before the plea hearing. Under the terms of the parties' Rule 11 Plea Agreement, Mr. Sorrentino was facing a sentencing guideline range of 10 to 16 months of imprisonment.

3. Because of substantial assistance provided by Mr. Sorrentino to the government pursuant to his agreement to cooperate, the government charged and then convicted defendant Dino Bucci, who was an elected Trustee of Macomb Township and a deputy to defendant Anthony Marrocco in the Macomb County Public Works Department. Bucci pleaded guilty to corruption charges in May 2020. Mr. Sorrentino was scheduled to be sentenced on July 14, 2021 before the Court. Prior to the sentencing, the government had requested a sentence of five months of home confinement based, in part, on the substantial assistance provided by Mr. Sorrentino in the government's prosecution of other individuals as detailed in a sealed pleading.

4. Before the start of the sentencing hearing on July 14, 2021, the Court asked to meet with counsel for the parties to discuss the issue of sentencing. During that meeting, the Court asked if the government might agree that an appropriate resolution of the case could be the re-assignment of Mr. Sorrentino to the Court's new Restart Program or some other alternative resolution whereby Mr. Sorrentino could avoid the imposition of a felony conviction. The Court asked the parties to

delay the sentencing hearing so that the government could consider an alternative resolution.

5. After considering the Court's suggestion and after consultation with Mr. Sorrentino's counsel, the government and Mr. Sorrentino entered into a Pretrial Diversion Agreement.

6. It should be noted that Mr. Sorrentino has already been under the supervision of the Court for over four years in this case. During that time, Mr. Sorrentino has been gainfully employed, he has maintained strict compliance with his bond conditions, and he has not committed any additional criminal offenses.

7. Mr. Sorrentino has now complied with the terms of the parties' Pretrial Diversion Agreement. As he has for the last four years, Mr. Sorrentino has continued to comply with conditions of pretrial release. He has completed fifty hours of community service. In addition, he has agreed to assist the Federal Bureau of Investigation in its Operation Integrity concerning educating public officials and businesspeople about the dangers and harms of corruption.

8. Counsel for Mr. Sorrentino concurs in the relief sought herein.

9. Under these circumstances, in the interests of justice, and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States seeks to

set aside Mr. Sorrentino's October 3, 2017 guilty plea and dismisses the Criminal Information in this case.

                                      SAIMA S. MOHSIN
                                      Acting United States Attorney

                                      *s/David Gardey*
                                      David Gardey (P48990)
                                      Assistant United States Attorney
                                      211 W. Fort St., Suite 2001
                                      Detroit, Michigan 48226
                                      Phone: (313) 226-9591
                                      David.Gardey@usdoj.gov

Dated:  October 22, 2021

Leave of Court is granted for the filing of the foregoing dismissal. The October 3, 2017 guilty plea of defendant Christopher Sorrentino is hereby set aside, and the Information is **DISMISSED**.

Entered: October 27, 2021

                                      s/ROBERT H. CLELAND
                                      UNITED STATES DISTRICT JUDGE